E-FILED
Tuesday, 11 June, 2013  02:24:35 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| JOSHUA EDWARD WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   13-cv-1188 |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, *Carolyn W. Colvin*, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R  &  O P I N I O N

On April 24, 2013, Plaintiff filed a Complaint appealing the Social Security Administration's final decision to deny him disability and supplemental security benefits, along with a Motion for Leave to Proceed in forma pauperis.  (Docs. 1 & 2). In support of his Motion, Plaintiff submitted an Application to Proceed in District Court without Prepaying Fees or Costs (Short Form).  (Doc. 2).  The Court issued a Text Order on May 17, 2013, ordering Plaintiff to file an amended Application, because Plaintiff failed to provide sufficient detail about his income or obligations in his initial Application.  Specifically, the Court noted that Plaintiff marked that he received gifts, inheritances, and income from other sources without specifying the amounts he received, and that he also listed several financial obligations without describing the amounts of those obligations.  Thus, the Court ordered Petitioner to amend his Application within fourteen days of the Text Order, creating a deadline of May 31, 2013, with a warning that his Application would be denied if he failed to comply by that date.

As of the date of this Order, the Court has still not received an Amended Application.  Accordingly, Plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. 2) is DENIED.  Plaintiff SHALL pay the required filing fee within 28 days of the date of this Order, or his Complaint will be dismissed for failure to prosecute.

Entered this <u>11th</u> day of June, 2013.

_____s/ Joe B. McDade_____
JOE BILLY McDADE
United States Senior District Judge
